UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

William McDermott,

    Plaintiff,

vs.             ORDER ADOPTING REPORT
               AND RECOMMENDATION

Internal Revenue Service; Brent
Cochran; Minnesota Department
of Revenue; State of Minnesota;
J. Bonnie Rehder, Recorder Clay
County, Minnesota; and Lori
Johnson, Auditor/Tax Assessor
Clay County, Minnesota, and
Mark W. Everson, Commissioner
of the Internal Revenue Service,

    Defendants.       Civ. No. 06-1071 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

  That the County Defendants' Motion to Dismiss and for Summary Judgment [Docket No. 83] is granted.

Dated: July 27, 2009             s/James M. Rosenbaum
                       Judge James M. Rosenbaum
                       United States District Court